THE PEOPLE OF THE STATE OF NEW YORK ex rel. ALLIED OWNERS CORPORATION, Appellant, against JAMES J. SEXTON et al., Constituting the Board of Taxes and Assessments for the City of New York, Respondents.

Argued November 14, 1939; decided November 28, 1939.

854

*Stephen Callaghan* and *Barnett J. Nova* for appellant.

*William C. Chanler, Corporation Counsel (Murray Sendler* and *Arthur A. Segall* of counsel), for respondents.

Order affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ. Taking no part: O'BRIEN, J.